UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| DARLENE GREEN, | Civil Action No. 5:20-cv-03505-KDW |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI,[1] Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

## ORDER

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 22. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will refer Plaintiff's case to an administrative law judge for further evaluation and, if necessary, a new administrative hearing.

IT IS SO ORDERED.

July 12, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Recently, Kilolo Kijakazi became the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the court substitutes Kilolo Kijakazi for Andrew Saul as Defendant in this action.