# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Darlene Green | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

Civil Action No.      5:20-cv-3505-KDW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42

U.S.C. § 405(g).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West,  United States Magistrate Judge, who granted Defendant's
Motion to Remand.


|  |  |
|---|---|
|  | ROBIN L. BLUME |
| Date:      July 12 , 2021 | *CLERK OF COURT* |
|  |  |
|  | s/ Glenda J. Nance |
|  | *Signature of Clerk or Deputy Clerk* |