UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DARLENE GREEN, | ) | Civil Action No. 5:20-cv-03505-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in the amount of Two Thousand, Six Hundred, Eighty-Six Dollars and 12/100 Cents ($2,686.12), expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. § 2412(d) of the EAJA. ECF No. 26. In the Acting Commissioner's Response she indicates she does not object to the requested amount of EAJA attorney fees and expenses sought, ECF No. 27. Plaintiff's Motion is *granted* in accordance with the terms of this order.

It is hereby ORDERED that Plaintiff, Darlene Green, is awarded attorney fees in the amount of Two Thousand, Six Hundred, Eighty-Six Dollars and 12/100 Cents ($2,686.12) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. § 2412(d) of the EAJA. The attorney fees and expenses will be paid directly to Plaintiff, Darlene Green, and sent to the business address of Plaintiff's counsel, W. Daniel Mayes. Full or partial remittance of the awarded attorney fees and expenses will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

September 27, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge